**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    BARRY JAMERSON,                              No. C 13-03525 SBA (PR)

9              Petitioner,                        **ORDER GRANTING RESPONDENT'S**
                                                  **REQUEST TO WITHDRAW MOTION**
10   v.                                           **TO DISMISS; AND GRANTING**
                                                  **MOTION FOR EXTENSION OF TIME**
11   KEVIN CHAPPELL, Warden,                      **TO FILE ANSWER**

12             Respondent.

13   _____/

14        Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus.  The Court

15   directed Respondent to file an answer to the petition.  Respondent initially filed a motion to dismiss

16   the petition as second or successive.  Dkt. 9.  However, Respondent has since filed a request to

17   withdraw that motion, and now moves for an extension of time to file an answer.  Good cause

18   appearing, the request is GRANTED.  Respondent's motion to dismiss (dkt. 9) is withdrawn, and the

19   answer is due on **July 21, 2014**.  Petitioner's traverse is due **sixty (60) days** after his receipt of the

20   answer.

21        This Order terminates Docket No. 9.

22        IT IS SO ORDERED.

23
     DATED:        5/22/2014
24                                               SAUNDRA BROWN ARMSTRONG
                                                 UNITED STATES DISTRICT JUDGE
25

26

27

28

P:\PRO-SE\SBA\HC.13\Jameson3525.withdrawMTD&grantEOT.wpd